IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 5:23-cr-00477-CMC |
| | ) |
| v. | ) |
| | ) |
| DAVID MICHAEL HOLDER, JR. | ) |

**PRELIMINARY ORDER OF FORFEITURE AS TO
DAVID MICHAEL HOLDER, JR.**

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant David Michael Holder, Jr. ("Holder", "Defendant"), based upon the following:

1. On June 20, 2023, an Indictment was filed charging Holder with bank fraud, in violation of 18 U.S.C. § 1344.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon Holder's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

Proceeds/Forfeiture Judgment[1]:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offense charged in the Indictment, that is, a minimum of approximately $591,907.95 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of 18 U.S.C. § 1344.

---

[1] The government is pursuing a $525,000.00 forfeiture judgment which represents the loss amount attributed to the Defendant.

3. On February 14, 2024, Holder pled guilty to the bank fraud charge.

4. Based upon Defendant's conviction and record of the case, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2), and 28 U.S.C. § 2461(c).

Accordingly, it is hereby **ORDERED,**

1. The below-described property, and all rights, title, and interest of the Defendant, David Michael Holder, Jr., in and to such property, is hereby forfeited to the United States of America for disposition in accordance with law.

2. FORFEITURE IS ORDERED against David Michael Holder, Jr. and in favor of the United States for $525,000.00. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the forfeiture judgment.

3. The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4. Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of

business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of the sentence and included in the criminal judgment.

7. The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

<u>s/ Cameron McGowan Currie</u>
CAMERON MCGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 8, 2024