PS 8
(Rev. DSC 09/20)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v. <u>David Michael Holder, Jr</u>        Docket No. <u>5:23CR00477CMC-001</u>

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Marshall Bunch</u>, U.S. Probation Officer, presenting an official report upon the conduct of defendant, <u>David Michael Holder, Jr</u>, who was placed under pretrial release supervision by the Honorable <u>Thomas E. Rogers, III, U.S. Magistrate Judge</u> sitting in the court at <u>Columbia</u> on the <u>29th</u> day of <u>August</u>, 20 <u>23</u> under the following conditions:

1. Restrict travel to the State of South Carolina without prior permission of the Court through Pretrial Services.
2. Report to the Pretrial Services Office for supervision.
3. Refrain from possessing a firearm, destructive device, or other dangerous weapon.
4. Refrain from excessive use of alcohol.
5. Refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
6. Submit to urinalyses upon demand of the supervising officer.
7. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
8. Maintain or actively seek employment.
9. Surrender any passport to Pretrial Services.
10. Do not obtain a passport or other international document.
11. Report any contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)
The defendant has committed the following violations since being released on bond: 1) Failed to notify his probation officer of change of residence; 2) Failed to notify his probation officer of his change in employment; 3) Failed to notify his probation officer of his change in phone number; 4) Tested positive for fentanyl use on May 3, 2024, and May 24, 2024; and 5) Was arrested for new criminal conduct on June 4, 2024, for offenses which occurred on March 18, 2024, while he was on bond for this offense.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of <u>David Michael Holder, Jr.</u>, to be brought before a United States Magistrate Judge for the District of South Carolina, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

☒ The Petition and Warrant shall remain under seal until served by the United States Marshal Service.

ORDER OF COURT

Considered and ordered this <u>6th</u> day of <u>June</u>, 20 <u>24</u> and ordered filed and made a part of the records in the above case.

_Paige J. Gossett_
Paige J. Gossett, United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2024

_John Marshall Bunch_
Marshall Bunch, U.S. Probation Officer

Place  Columbia